[No. 10116–1–I. Division One. April 25, 1983.]

OLGA CAROL WERMUTH, *Respondent,* v. ERNA M. SKUPEN, *as Executrix, Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 861576, Richard Harris, J. Pro Tem., entered January 22, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Callow, JJ.

[No. 9397–5–I. Division One. April 25, 1983.]

CRAIG N. SMITH, ET AL, *Appellants,* v. JOSEPH S. LINDEMANN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 855874, George H. Revelle, J., entered September 24, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Corbett, J., concurred in by Williams and Callow, JJ.

[No. 10961–8–I. Division One. April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES GARY FULTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00877–8, Jim Bates, J., entered November 13, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Scholfield, JJ.